UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11665-GAO

SECURITIES AND EXCHANGE COMMISSION,
Plaintiff,

v.

SAGE ADVISORY GROUP, LLC and BENJAMIN LEE GRANT,
Defendants.

VERDICT

O'TOOLE, D.J.

**Count III**

1) Did the SEC prove by a preponderance of the evidence that the defendants employed a device, scheme, or artifice to defraud any client or prospective client, in violation of Section 206(1) of the Advisers Act?

YES ✓    NO ____

If NO, proceed to question 2. If YES, did the defendants violate Section 206(1) of the Advisers Act by means of:

A) the October 4, 2005 letter?

YES ✓    NO ____

B) responses to questions from certain customers following the October 4, 2005 letter?

YES ✓    NO ____

C) the Form ADV?

YES ____    NO ✓

2) Did the SEC prove by a preponderance of the evidence that the defendants engaged in any transaction, practice, or course of business which operated or would operate as a fraud or deceit upon any client or prospective client, in violation Sections 206(2) of the Advisers Act?

        YES ✓        NO ____

If NO, proceed to Count IV. If YES, did the defendants violate Section 206(2) of the Advisers Act by means of:

A) the October 4, 2005 letter?

        YES ✓        NO ____

B) Responses to questions from certain customers following the October 4, 2005 letter?

        YES ✓        NO ____

C) the Form ADV?

        YES ____        NO ✓

D) With what state of mind did the defendants violate Sections 206(2) of the Advisers Act?

        Intentionally or Recklessly ✓    Negligently ✓

**Count IV**

3) Did the SEC prove by a preponderance of the evidence that the defendants violated Section 207 of the Advisers Act by willfully filing a Form ADV that was materially false and misleading?

        YES ____        NO ✓

2

**Count V**

4) Did the SEC prove by a preponderance of the evidence that the defendants violated Section 206(4) of the Advisers Act and Rule 206(4)-7 by failing to adopt and implement written policies and procedures reasonably designed to prevent a violation of the Advisers Act?

YES ✓                    NO _____

**Count VI**

5) Did the SEC prove by a preponderance of the evidence that the defendants violated Section 204A of the Advisers Act and Rule 204A-1 by failing to have a code of ethics?

YES ✓                    NO _____

The foregoing represents the unanimous decision of the jury.

8/13/14
DATE

_____
FOREMAN

3